UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS V. MAESTAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF NEVADA et al.,<br><br>　　　　　Defendants. | 3:13-cv-00301-RCJ-WGC<br><br>**ORDER** |

　　　This is a prisoner civil rights case. Pending before the Court is Plaintiff's motion under Rule 72(a) for the Court to review the March 16, 2015 ruling of the Magistrate Judge. On that date, the Magistrate Judge held a hearing and, *inter alia*, granted in part and denied in part Plaintiff's Motion to Compel (ECF No. 23). The Magistrate Judge ordered Defendants' counsel to confirm that Plaintiff had been provided with Defendant Wightman's responses to Plaintiff's third, fourth, and fifth sets of interrogatories by April 17, 2015. (*See* Mins. 2, ECF No. 39). Plaintiff objects that Defendants' failure to respond to his second set of requests for production was not addressed at the hearing. Not so. The Magistrate Judge ordered Defendants' counsel to confirm all discovery responses: "Furthermore, in light of some confusion regarding certain discovery responses, Mr. Lehman is directed to correlate what discovery responses have been produced, verified and signed in compliance with Fed. R. Civ. P. 26(g)." (*Id.*). It was not error

of any variety, much less clear error, for the Magistrate Judge to order Defendants' counsel to research and clarify Defendants' past discovery responses rather than address each response at the hearing, especially after noting that the parties themselves agreed it was unclear whether there were outstanding discovery requests.

## CONCLUSION

IT IS HEREBY ORDERED that the Objection (ECF No. 42) is DENIED.

IT IS SO ORDERED.

Dated this 30th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge