**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS V. MAESTAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00301-RCJ-WGC<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#57[1]) entered on December 8, 2015, recommending that the Court deny Plaintiff's Motion for Summary Judgment (ECF #47) and grant Defendants' Cross Motion for Summary Judgment (ECF #49/50). Plaintiff filed his Objections (ECF #58) on January 4, 2016.

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#57) entered on December 8, 2015, should be ADOPTED AND ACCEPTED.

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (ECF #47) is DENIED.

　　　IT IS FURTHER ORDERED that Defendants' Cross Motion for Summary Judgment (ECF #49/50) is GRANTED.

　　　IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

　　　IT IS SO ORDERED this 5TH day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

　　[1] Refers to court's docket number.